TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00203-CV

Bill Stapleton, Appellant

v.

Gary Hall, Jr., Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT

NO. 98-13033, HONORABLE F. SCOTT McCOWN, JUDGE PRESIDING 

PER CURIAM

 The parties have filed an agreed motion to dismiss this cause of action. Pursuant
to their agreement, we dismiss with prejudice all claims that Bill Stapleton and Gary Hall, Jr.
brought or could have brought against each other in this cause of action.

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed on Agreed Motion

Filed: January 6, 2000

Do Not Publish